**Order entered April 17, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01553-CV

### PHYLLIS SLICKER, Appellant

### V.

### WILLIAM SLICKER AND LESLIE G. MARTIN, P.C., Appellees

**On Appeal from the 330th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DF-11-15742**

## ORDER

The underlying case resulted in two orders appealed by Phyllis Slicker. The first order appealed was assigned appellate cause number 05-19-01019-CV. The second order appealed is this appeal.

On March 2, 2020, we ordered this appeal submitted without the reporter's record after appellant failed to file written verification she had requested and paid for the record. We further ordered appellant to file her brief on the merits.

Before the Court are appellant's April 13, 2020 motion to review clerk's record, supplemental motion to review clerk's record, and motion for extension of time to file her brief. In the motions concerning the record, appellant states she mistakenly filed the requested verification concerning the reporter's record, along with the filing fee for this appeal, in appellate cause number 05-19-01019-CV. She also states the trial court clerk mistakenly filed the clerk's record she requested in this appeal in appellate cause number 05-19-01019-CV. Appellant requests the requested verification, filing fee, and clerk's record be transferred to this appeal. In the extension motion, she requests the Court accept her brief, which was received April 13, 2020, twelve days after it was due.

We note the filing fee for this appeal was properly filed in this cause. Accordingly, we **GRANT** the motions concerning the record to the extent that we **DIRECT** the Clerk of the Court to transfer into this appeal the clerk's record filed January 8, 2020 and "notice of filing" filed January 28, 2020 from appellate cause number 05-19-01019-CV. In light of appellant having requested the reporter's record, we further **VACATE** our March 2nd order and **ORDER** Francheska Duffey, Official Court Reporter for the 330th Judicial District Court, to file the record no later than May 4, 2020.

As to appellant's extension motion, we note appellant cites to the reporter's record in her brief even though no reporter's record has been filed. Because

appellant's brief is not due under the rules of appellate procedure until the appellate record is complete, *see* TEX. R. APP. P. 38.6, and to ensure the citations to the reporter's record in appellant's brief correspond with the reporter's record that is to be filed, we **DENY as premature** the extension motion. To avoid any confusion, we **STRIKE** the April 13th brief and **ORDER** appellant to file her brief within ten days of the filing of the reporter's record.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Duffey and the parties.

/s/    KEN MOLBERG
       JUSTICE